**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 34 EAL 2015
:
          Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
ERIC GALES, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.